**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK KING,<br><br>Defendant. | Case No.: 2:25-cr-00052-JAD-BNW<br><br>**FINDINGS OF FACT, CONCLUSTIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant has completed all court ordered requirements.

**ORDER**

IT IS HEREBY ORDERED that the status check currently scheduled for September 24, 2026 at 1:30 p.m. is vacated.

IT IS FURTHER ORDERED that Defendant has successfully completed all requirements and this case is now closed.

DATED this 22nd day of ~~August~~ September 2026.

UNITED STATES MAGISTRATE JUDGE